# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: _14-9343_ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| _Chae   Coleman_ | : | ORDER OF RELEASE |


The Court orders the defendant, _____, is ordered
released on a personal recognizance bond with the following bail conditions:


(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _Feb ᵏ 2015_____


X _Chae G Coleman_

**DEFENDANT**                     **DATE**


It is further ORDERED that the defendant be furnished with a copy of this order and a notice
of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_12/4/14_

**DATE**


I hereby certify that the defendant was furnished (personally) a copy of this order and a notice
of penalties applicable to violation of conditions of release.

Leslie Richardson

**U.S. PRETRIAL SERVICES OFFICER**